FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2007 NOV 20  PM 12: 03

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES OF AMERICA**

v.                                                     Case No. 6:06-cr-24-Orl-28KRS

**COREY LEE TAYLOR**

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed September 18, 2007 (Doc. No. 36), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision.  A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on October 18, 2007 and subsequently, a Report and Recommendation (Doc. No. 45) was entered by Magistrate Judge Karla R. Spaulding on October 18, 2007.

The defendant appeared before this Court on November 19, 2007, with counsel, Stephen J. Langs and the Assistant United States Attorney.  After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 45) and finds that the defendant has violated conditions one through four of his supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REINSTATED** for a term of 2 years with all original conditions of defendant's supervised release imposed.

**IT IS FURTHER ORDERED** that defendant is to report within 24 hours to the Center for Drug Free Living and abide by all the rules and regulations of that facility.

Defendant is to enroll and successfully complete and contribute to the costs of the program. Defendant is to remain in the inpatient program until defendant has successfully completed the program and is released with the approval of the probation officer.

**IT IS FURTHER ORDERED** that defendant is to submit to random drug testing not to exceed 104 tests per year. The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

The Judgment at Document No. 34 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this _20_ day of November, 2007.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Corey Lee Taylor