## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FILED

2010 FEB 17 PM 3: 05



UNITED STATES OF AMERICA

-vs-

COREY LEE TAYLOR

Case Number: 6:06-CR-24-ORL-28KRS

USM Number: 26236-018

Clarence W. Counts, Jr., FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three and Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Conduct, Possession With Intent to Distribute Cocaine Hydrochloride | May 13, 2009 |
| Two | New Conviction for Conduct, Possession of a Firearm by a Convicted Felon | May 22, 2009 |
| Three | New Conviction for Conduct, Possession With Intent to Distribute Cocaine Base and Cocaine Hydrochloride | May 22, 2009 |
| Four | New Conviction for Conduct, Use and Carry a Firearm During and in Relation to a Drug Trafficking Offense | May 22, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Five and is discharged as to such violation condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/12/2010

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

February 17, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**. **The term of imprisonment imposed by this judgment shall run concurrently with the term of imprisonment already imposed in Docket No. 6:09-cr-163-35KRS, United States District Court for the Middle District of Florida.**

The Court recommends to the Bureau of Prisons:

That defendant receive drug rehabilitation while incarcerated

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal